United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHEAL AGUILAR, *et al*, § § § Plaintiffs, § VS. § BAY AREA REGIONAL MEDICAL § CENTER, LLC, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-1577 |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on November 9, 2018 (Doc # 9), by Plaintiffs in this matter, this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

It is so ORDERED. 11/13/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge